**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Waite, Schneider, Bayless & Chesley Co., LPA | Case No. 1:11CV851 |
| Plaintiff(s) | |
| v. | ORDER |
| Allen L. Davis, | |
| Defendant(s) | |

Status/scheduling conference held July 16, 2013.

    Court Reporter: Angela Nixon -  419 260 5259.

It is

ORDERED THAT:

1. Counsel for defendant to notify counsel for plaintiff and court re. filing of mandamus petition with the Sixth Circuit by August 9, 2013; if such petition filed or is to be filed, further scheduling held in abeyance pending adjudication of said petition;

2. If no mandamus petition is filed, telephone status/scheduling conference set for Tuesday, September 3, 2013, at 11:00 a.m.; parties to submit agenda(s) by noon, Friday, August 29, 2013.

3. If no mandamus petition filed, defendant to produce documents per prior order by August 16, 2013;

4. Parties advise that plaintiff's motion for summary judgment is decisional as of March 15, 2013; and motion for leave to amend complaint is decisional as of April 15, 2013.

So ordered.

    /s/ James G. Carr
    Sr. United States District Judge