**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

Waite, Schneider, Bayless                     Case No. 1:11CV851
     & Chesley Co., L.P.A.,

        Plaintiff

    v.                               **ORDER**

Allen Davis,

        Defendant

     This is suit by a law firm to collect unpaid fees from Allen Davis, a former client.

     I recently granted the law firm's motion for summary judgment on Davis's counterclaim for legal malpractice. (Doc. 167); *Waite, Schneider, Bayless & Chesley Co., L.P.A. v. Davis*, --- F. Supp. 3d ----, 2015 WL ------ (N.D. Ohio).

     In light of that ruling, it is ORDERED THAT Davis's motion for summary judgment on the counterclaim (Doc. 117) be, and the same hereby is denied.

     So ordered.

                                                         /s/ James G. Carr
                                                         Sr. U.S. District Judge